IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDWARD E. BARBER
          Plaintiff

VS.

CASE NO: CV606-90

UNITED STATES ATTORNEY GENERAL
          Defendant

## ORDER

Appeal No. 07-10893-A in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 3 day of April, 2007.

_____
HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA