ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 18 PM 1: 56

CLERK /ru/
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDWARD E. BARBER,
    Plaintiff

VS.

UNITED STATES ATTORNEY GENERAL,
    Defendant

CASE NO: CV606-90
APPEAL NO: 07-10893-A

### ORDER

Appeal No. 07-10893-A in the above-styled action having been denied a motion to reinstate appeal by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this 18 day of July, 2007.

_____
HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA